# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR3938-NLS |
| | ) | |
| v. | ) | JUDGMENT AND COMMITMENT |
| | ) | |
| RUBEN ARTURO GUERRERO-SANCHEZ | ) | BRIDGET KENNEDY, FD. |
| | ) | Defendant's Attorney |

REGISTRATION NO. 22410298

VIOLATION: 8:1325 - ILLEGAL ENTRY (Misdemeanor)

**ˣ** Defendant pleaded guilty to count 1s of the SUPERSEDING INFORMATION (Misdemeanor)
\_\_ Count(s) _____ dismissed on the government's oral motion
**X** Underlying _____Felony Information_____ dismissed on the government's oral motion

FILED
DEC 2 3 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

## JUDGMENT AND COMMITMENT

**ˣ** Defendant is adjudged guilty on count 1s of the SUPERSEDING INFORMATION (Misdemeanor)

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
N/A
.

**ˣ** UNSUPERVISED PROBATION for a term of ONE (1) YEAR
on the following conditions:
**ˣ** obey all laws, Federal, State and Municipal
**ˣ** comply with all lawful rules and regulations of the probation department
**ˣ** not possess any narcotic drug or controlled substance without a lawful medical prescription
**ˣ** not transport, harbor or assist undocumented aliens
**ˣ** not reenter the United States illegally
**ˣ** not possess any firearm, destructive device or any other dangerous weapon
\_\_ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
as directed by the probation officer
**ˣ** the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
a low risk of future substance abuse.
**ˣ** Penalty assessment of $ 10.00 --- NOT IMPOSED
**ˣ** Fine waived \_\_ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of
name,residence,or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay
restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or
other qualified officer and that the copy serve as the commitment of the defendant.

NOVEMBER 4, 2010
Date of Imposition of Sentence

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: